IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CHRISTIAN ALICIMEUS,

    Plaintiff,

v.                              Civil Action No. 3:15CV740

IMMIGRATION CENTER OF AMERICA, LLC, et al.,

    Defendants.

**MEMORANDUM OPINION**

Christian Alicimeus, a federal detainee proceeding pro se, filed this action in the Circuit Court for Prince Edward County, Virginia. By Memorandum Opinion and Order entered on July 19, 2016, the Court granted the Motion to Dismiss filed by Immigration Center of America, LLC, Jeffrey Crawford, Matthew Jackson, Russell B. Harper, Ken Newsome, Warren Coleman, Mabel Logan (collectively, "ICA Defendants"). Alicimeus v. Immigration Center of America, LLC, No. 3:15CV740, 2016 WL 3912858, *3 (E.D. Va. July 19, 2016). The Court also directed Alicimeus, within fourteen (14) days of date of entry thereof, to show good cause why his claims against Armor Correctional Health Services, Inc. ("Armor"), Wayne O'Brien, and Robert Dooley, MD (collectively, "Armor Defendants"), should not be dismissed for failure to identify the appropriate procedural vehicle for advancing his constitutional claims.

On July 29, 2016, the United States Postal Service returned the July 19, 2016 Memorandum Opinion and Order to the Court marked "RETURN TO SENDER" and "Released." More than fourteen days have elapsed and Alicimeus has failed to contact the Court to update his address or otherwise respond to the Court's directive to show good cause. Accordingly, the Court will dismiss the claims against the Armor Defendants.

The Clerk is directed to send a copy of the Memorandum Opinion to Alicimeus and counsel of record.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 4, 2016